JACOB THOMA, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted November 20, 1933; decided November 22, 1933.)

564

*Isidore Lapan* for motion.

*Arthur J. W. Hilly, Corporation Counsel (Arthur H. Kerns* of counsel), opposed.

Motion denied, without costs.